# UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF NORTH CAROLINA
## WESTERN DIVISION

**UNITED STATES OF AMERICA**

                v.                      Crim. No. 5:10-CR-412-1FL

**FERNANDO RAFAEL SERRANO**

     On November 20, 2008, the above named was sentenced to 45 months custody, followed by 60 months supervised release. The offender has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that the offender be discharged from supervision.

     I declare under penalty of perjury that the foregoing is true and correct.

/s/ Julie W. Rosa  
Julie W. Rosa  
U.S. Probation Officer  
310 New Bern Avenue, Room 610  
Raleigh, NC 27601-1441  
Phone: 919-861-8675  
Executed On: June 5, 2015

## ORDER OF COURT

     Pursuant to the above report, it is ordered that the offender be discharged from supervision and that the proceedings in the case be terminated.

Dated this __8th__ day of _____June_____, 2015.

_____  
Louise W. Flanagan  
U.S. District Judge